## Case No. 8,935.

### MADDOX v. THORNTON.

[2 Cranch, C. C. 260.] 1

Circuit Court, District of Columbia. Oct. Term, 1821.

CONSIDERATION—IMMORAL—TRAINING RACE-HORSE.

The feeding and training a race-horse is not an immoral consideration, and will support an assumpsit to pay for the same.

Mr. Law, for defendant, contended that the feeding and training the defendant's race-horse, for the worth of which this action was brought, was an immoral consideration, and within the reason of the decision of this court in the case of Holmead v. Maddox [Case No. 6,629], at December term, 1818.

Mr. Jones, contra.

THE COURT (CRANCH, Chief Judge, doubting) said that this case did not come up to that. The horse might be training for a private race; or no race might be run, &c.

1 [Reported by Hon. William Cranch, Chief Judge.]